STATE, Respondent v. CHRISTENSEN, Appellant

(58 N. W.2d 621)

(File No. 9324. Opinion filed May 27, 1953)

**Donald W. Lobitz,** Watertown, for Defendant and Appellant.

**Ralph A. Dunham,** Atty. Gen., **Ross Oviatt,** State's Atty., Watertown, for Plaintiff and Respondent.

PER CURIAM. This is an appeal from a judgment entered on December 12, 1951. A certified copy of the notice of appeal was filed in this court on March 10, 1952. Since that time no steps in the prosecution of the appeal have been taken in this court. The appeal is deemed abandoned and the judgment appealed from is affirmed.

All the Judges concur.